IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v- 26-MC-19

2026 Chevrolet Silverado
3500HD (VIN 1GC4KTEY4TF102589)

Asset ID:2026095100002901,

Defendant.

**STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

**IT IS HEREBY STIPULATED** and agreed upon between the parties, the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and, Daniel M. Smith, Esq., attorney for putative claimant, Gorvin Lee Gutierrez, that the government's time to file its Verified Complaint for Forfeiture be extended from November 13, 2026 to **January 12, 2027**, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

The parties to this Stipulation further agree that putative claimant, Gorvin Lee Gutierrez, may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have twenty (20) days from the date the government received notice of

such action to file its Verified Complaint for Forfeiture.

A party's electronic signature or e-mailed signature on this Stipulation will be valid and sufficient to bind any such party to this Stipulation and will have the same force and effect as an original signature.

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

Dated: ~~10~~ 11/ 6 /2026

BY: [signature]

MARY CLARE KANE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
716-843-5809
mary.kane@usdoj.gov

Dated: 10/ 31 /2026

[signature]

DANIEL M. SMITH, ESQ.
San Diego Defenders APC
585 3rd Avenue,
Chula Vista, California 91910
(619)-374-8477
dsmith@sandiegodefenders.com
Attorney for Putative Claimant
Gorvin Lee Gutierrez